

# United States District Court
# Eastern District of California

Vernita Faison

Plaintiff(s)

V.

Walmart Inc., and Wal-Mart Stores, Inc.

Defendant(s)

Case Number:  2:24-cv-01024-DJC-CSK

APPLICATION FOR PRO HAC
VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Frank A. Bartela
hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Vernita Faison, individually and as a representative of all others similarly situated

On _____11/07/2011_____ (date), I was admitted to practice and presently in good standing in the
_____Supreme Court of Ohio_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____04/10/2024_____     Signature of Applicant: /s/ Frank A. Bartela_____

**Pro Hac Vice Attorney**

Applicant's Name: Frank A. Bartela

Law Firm Name: Dworken & Bernstein Co., L.P.A.

Address: 60 S. Park Place

City: Painesville     State: OH     Zip: 44077

Phone Number w/Area Code: (440) 352-3391

City and State of Residence: Eastlake, Ohio

Primary E-mail Address: fbartela@dworkenlaw.com

Secondary E-mail Address: jkunsman@dworkenlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Annick M. Persinger

Law Firm Name: Tycko & Zavareei LLP

Address: 1970 Broadway, Suite 1070

City: Oakland     State: CA     Zip: 94612

Phone Number w/Area Code: (510) 254-6808     Bar # 272996

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 10, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE