Cortlin H. Lannin (Bar No. 266488)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7078
Facsimile: + 1 (415) 591-6091
Email:  clannin@cov.com

*Attorneys for Defendants Walmart Inc.
and Wal-Mart Stores, Inc.*

(Additional counsel listed below)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNITA FAISON, individually and as a representative of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC. and WAL-MART STORES, INC.,<br><br>    Defendants. | Civil Case No.: 2:24-cv-01024-DJC (CSK)<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT RULE 26(f) DISCOVERY PLAN**<br><br>Judge:  Hon. Daniel J. Calabretta<br><br>Magistrate: Hon. Chi Soo Kim<br><br>Current Deadline: June 10, 2024<br><br>Requested Deadline: June 17, 2024 |

Pursuant to L.R. 143 and 144, Plaintiff Vernita Faison and Defendants Walmart Inc. and Wal-Mart Stores, Inc. ("Walmart") hereby submit this stipulation, subject to approval by the Court:

WHEREAS, Plaintiff filed the above-captioned action on April 5, 2024.  ECF No. 1.

WHEREAS, on April 5, 2024, the Court entered the Initial Case Management Order, directing the parties to file a Rule 26(f) discovery plan "[w]ithin sixty (60) days of service of the complaint" on Walmart.  ECF No. 3, ¶ 4.

WHEREAS, on April 10, 2024, Walmart was served with the Complaint and a request for a waiver of service. ECF Nos. 8 & 9.

WHEREAS, the parties' Rule 26(f) discovery plan is currently due on June 10, 2024.

WHEREAS, the parties have been productively conferring about the Rule 26(f) discovery plan and respectfully suggest that there is good cause for a one-week extension of the due date for the Rule 26(f) discovery plan to allow the parties to continue to work together to resolve any remaining areas of disagreement.

WHEREAS, this is the parties' first request for an extension of the deadline to file the Rule 26(f) discovery plan.

NOW, THEREFORE, IT IS AGREED AND STIPULATED, subject to approval by the Court, that the parties' Rule 26(f) discovery plan shall be due on or before June 17, 2024.

Dated: June 7, 2024

*/s/ Cortlin H. Lannin*
(as authorized on June 7, 2024)
Cortlin H. Lannin, Esq. (Bar No. 266488)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: + 1 (415) 591-7078
Facsimile: + 1 (415) 591-6091
Email: clannin@cov.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores, Inc.*

Respectfully submitted,

*/s/ Frank A. Bartela*
(as authorized on June 7, 2024)
Frank A. Bartela, Esq. (OH Bar #0088128)*
Nicole T. Fiorelli, Esq. (OH Bar #0079204)*
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391   (440) 352-3469 Fax
Email:  fbartela@dworkenlaw.com
            nfiorelli@dworkenlaw.com
*Admitted Pro Hac Vice

Andrea R. Gold, Esq. (admitted *pro hac vice*)
agold@tzlegal.com
Leora N. Friedman (admitted *pro hac vice*)
lfriedman@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, D.C. 20006
Tel.: (202) 973-0900
Fax: (202) 973-0950

Annick M. Persinger, Esq. (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
Email: apersinger@tzlegal.com

*Attorneys for Plaintiff*

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED** this 7th day of June, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE