Cortlin H. Lannin (Bar No. 266488)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7078
Facsimile: + 1 (415) 591-6091
Email:  clannin@cov.com

*Attorneys for Defendants Walmart Inc.
and Wal-Mart Stores, Inc.*

(Additional counsel listed below)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNITA FAISON, individually and as a representative of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES, INC.,<br><br>Defendants. | Civil Case No.: 2:24-cv-01024-DJC (CSK)<br><br>**JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:  Hon. Daniel J. Calabretta<br><br>Magistrate: Hon. Chi Soo Kim |

Pursuant to L.R. 143 and 144, Plaintiff Vernita Faison and Defendants Walmart Inc. and Wal-Mart Stores, Inc. ("Walmart") hereby submit this stipulation, subject to approval by the Court:

WHEREAS, Plaintiff filed the above-captioned action on April 5, 2024.  ECF No. 1.

WHEREAS, Walmart timely moved to dismiss Plaintiff's complaint on June 10, 2024, and noticed the hearing on the motion for September 19, 2024.  ECF No. 19.

WHEREAS, the parties have met and conferred about a proposed briefing schedule regarding Walmart's motion to dismiss.

WHEREAS, the parties state that there is good cause to extend the briefing deadlines beyond the deadlines provided in L.R. 230, including to allow for sufficient time for the parties to address each sides' arguments and to account for scheduling conflicts for both parties.

WHEREAS, this is the parties' first request for an extension of the briefing deadlines regarding Walmart's motion to dismiss.

NOW, THEREFORE, IT IS AGREED AND STIPULATED, subject to approval by the Court, that briefing on Walmart's motion to dismiss shall proceed as follows:

1. Plaintiff shall file an opposition brief to Walmart's motion to dismiss on or before Wednesday, July 10, 2024.

2. Walmart shall file a reply in support of its motion to dismiss on or before Wednesday, July 24, 2024.

| | |
|---|---|
| Dated: June 11, 2024 | Respectfully submitted, |
| /s/ Cortlin H. Lannin | /s/ Frank A. Bartela |
| (as authorized on June 11, 2024) | (as authorized on June 11, 2024) |
| Cortlin H. Lannin, Esq. (Bar No. 266488) | Frank A. Bartela, Esq. (OH Bar #0088128)* |
| COVINGTON & BURLING LLP | Nicole T. Fiorelli, Esq. (OH Bar #0079204)* |
| Salesforce Tower | **DWORKEN & BERNSTEIN CO., L.P.A.** |
| 415 Mission Street, Suite 5400 | 60 South Park Place |
| San Francisco, CA 94105 | Painesville, Ohio 44077 |
| Telephone: + 1 (415) 591-7078 | (440) 352-3391   (440) 352-3469 Fax |
| Facsimile: + 1 (415) 591-6091 | Email:  fbartela@dworkenlaw.com |
| Email: clannin@cov.com |             nfiorelli@dworkenlaw.com |
| | *Admitted Pro Hac Vice |
| *Attorneys for Defendants Walmart Inc. and Wal-Mart Stores, Inc.* | |

Andrea R. Gold, Esq. (admitted *pro hac vice*)
agold@tzlegal.com
Leora N. Friedman (admitted *pro hac vice*)
lfriedman@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, D.C. 20006
Tel.: (202) 973-0900
Fax: (202) 973-0950

Annick M. Persinger, Esq. (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Fax: (202) 973-0950
Email: apersinger@tzlegal.com

*Attorneys for Plaintiff*

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED** this 11th day of June, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE