Frank A. Bartela (Admitted *pro hac vice*)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, OH 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469
Email: fbartela@dworkenlaw.com

Andrea R. Gold (Admitted *pro hac vice*)
Leora N. Friedman (Admitted *pro hac vice*)
TYCKO & SAVAREEU LLP
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile:   (202) 973-0950
Email: agold@tzlegal.com
         lfriedman@tzlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vernita Faison, individually and as a representative of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Walmart Inc. and Wal-Mart Stores, Inc.,<br><br>Defendants. | Case No.  2:24-cv-01024-DJC-CSK<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate: Hon. Chi Soo Kim<br><br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

Pursuant to L.R. 143 and 144, Plaintiff Vernita Faison and Defendants Walmart Inc. and Wal-Mart Stores, Inc. ("Walmart") hereby submit this stipulation, subject to approval by the Court, which requests an agreed upon extension to the briefing deadlines for Defendants' pending Motion to Dismiss (ECF No. 19):

WHEREAS, Plaintiff filed the above-captioned action on April 5, 2024.  ECF No. 1.

WHEREAS, Walmart timely moved to dismiss Plaintiff's complaint on June 10, 2024, and noticed the hearing on the motion for September 19, 2024.  ECF No. 19.

WHEREAS, the parties previously met and conferred to agree upon a briefing schedule, which they filed before this Court on June 11, 2024. ECF No. 21.

WHEREAS, this Court previously granted the parties' requested briefing schedule for Defendants' pending Motion to Dismiss (ECF No. 22) and set the briefing deadlines for that motion as follows:

- Plaintiff's opposition brief is due July 10, 2024
- Defendants' reply in support is due July 24, 2024.

WHEREAS, the undersigned counsel for the parties have met and conferred about extending the previously agreed upon and approved briefing schedule for Defendants' Motion to Dismiss.

WHEREAS, the parties state that there is good cause to extend the briefing deadlines beyond the current deadlines, including to allow for sufficient time for the parties to address each sides' arguments, to account for scheduling conflicts for both parties, and to account for a recent press of business that counsel for Plaintiff has experienced during the month of June, which will extend into July, and require business related travel throughout the month of July.

WHEREAS, the requested extension is not made for the purposes of delay and will not cause any delay as briefing will be completed on Defendants' pending Motion to Dismiss approximately 22 days prior to the September 19, 2024 hearing before this Court on that motion.

WHEREAS, the requested extension will further cause no delay to any other scheduled event in this action as the Court has stayed the filing of the Initial Case Management Order until 28 days after a ruling is entered on the pending Motion to Dismiss.

WHEREAS, this is the parties' second request for an extension of the briefing deadlines regarding Walmart's motion to dismiss.

NOW, THEREFORE, IT IS AGREED AND STIPULATED, subject to approval by the Court, that briefing on Walmart's motion to dismiss shall proceed as follows:

1. Plaintiff shall file an opposition brief to Walmart's motion to dismiss on or before Wednesday, July 31, 2024.

2. Walmart shall file a reply in support of its motion to dismiss on or before Wednesday, August 28, 2024.

| | |
|---|---|
| Dated: July 1, 2024 | Respectfully submitted, |
| */s/ Cortlin H. Lannin* | */s/ Frank A. Bartela* |
| (as authorized on July 1, 2024) | (as authorized on July 1, 2024) |
| Cortlin H. Lannin, Esq. (Bar No. 266488) | Frank A. Bartela, Esq. (OH Bar #0088128)* |
| COVINGTON & BURLING LLP | Nicole T. Fiorelli, Esq. (OH Bar #0079204)* |
| Salesforce Tower | **DWORKEN & BERNSTEIN CO., L.P.A.** |
| 415 Mission Street, Suite 5400 | 60 South Park Place |
| San Francisco, CA 94105 | Painesville, Ohio 44077 |
| Telephone: + 1 (415) 591-7078 | (440) 352-3391   (440) 352-3469 Fax |
| Facsimile: + 1 (415) 591-6091 | Email:  fbartela@dworkenlaw.com |
| Email: clannin@cov.com |             nfiorelli@dworkenlaw.com |
| *Attorneys for Defendants Walmart Inc. and Wal-Mart Stores, Inc.* | *Admitted Pro Hac Vice |
| | Andrea R. Gold, Esq. (admitted *pro hac vice*) |
| | agold@tzlegal.com |
| | Leora N. Friedman (admitted *pro hac vice*) |
| | lfriedman@tzlegal.com |
| | **TYCKO & ZAVAREEI LLP** |
| | 2000 Pennsylvania Avenue, NW, Suite 1010 |
| | Washington, D.C. 20006 |
| | Tel.: (202) 973-0900 |
| | Fax: (202) 973-0950 |
| | Annick M. Persinger, Esq. (CA Bar No. 272996) |
| | **TYCKO & ZAVAREEI LLP** |
| | 1970 Broadway, Suite 1070 |
| | Oakland, CA 94612 |
| | Telephone: (510) 254-6808 |
| | Fax: (202) 973-0950 |
| | Email: apersinger@tzlegal.com |
| | *Attorneys for Plaintiff* |

## **ECF ATTESTATION**

I, Frank A. Bartela, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: July 1, 2024                     /s/ *Frank A. Bartela*
                                        Frank A. Bartela

## **ORDER**

Pursuant to stipulation, **IT IS SO ORDERED** this 1st day of July, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS