Frank A. Bartela
(Admitted *pro hac vice*)
fbartela@dworkenlaw.com
DWORKEN & BERNSTEIN CO., L.P.A.
60 S. Park Place
Painesville, OH 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469

*Attorney for Plaintiff Vernita Faison*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNITA FAISON, *individually and as a representative of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES, INC.,<br><br>Defendants. | Case No.: 2:24-cv-01024-DJC-CSK<br><br>ORDER GRANTING PARTIES' JOINT ADMINISTRATIVE MOTION PURSUANT TO L.R. 233 TO EXTEND FACT DISCOVERY DEADLINE AND SET CLASS CERTIFICATION RELATED DEADLINES<br><br>Judge: Daniel J. Calabretta |

1

PARTIES' JOINT ADMINISTRATIVE MOTION PURSUANT TO L.R. 233 TO EXTEND FACT DISCOVERY DEADLINE AND SET CERTIFICATION REALTED DEADLINES

Upon consideration of the Parties' Joint Motion to Extend Fact Discovery Deadline and Set Class Certification Related Deadlines, and good cause appearing, it is this 2nd day of May, 2025 hereby **ORDERED** that the Court adopts and enters the following deadlines related to discovery, class certification expert discovery, and briefing of Plaintiffs' forthcoming Motion for Class Certification, as jointly proposed by the parties.

| Event | Date |
|---|---|
| Cut-off for fact discovery | June 20, 2025 |
| Plaintiff's disclosure of class certification expert(s) and report(s) | July 16, 2025 |
| Defendant's disclosure of class certification expert(s) and report(s) | September 15, 2025 |
| Rebuttal class certification expert disclosures and reports | October 15, 2025 |
| Close of class certification expert discovery | November 14, 2025 |
| Motion for Class Cert. Deadline | December 8, 2025 |
| Opposition to Class Cert. Deadline | February 6, 2025 |
| Reply ISO Class Cert. Deadline | March 9, 2026 |
| Class Certification Hearing | April 2, 2026 |

Dated: May 2, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

PARTIES' JOINT ADMINISTRATIVE MOTION PURSUANT TO L.R. 233 TO EXTEND FACT DISCOVERY DEADLINE AND SET CERTIFICATION REALTED DEADLINES