# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNITA FAISON, individually and as a representative of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC. and WAL-MART STORES, INC.,<br><br>    Defendants. | Civil Case No.: 2:24-cv-01024-DJC (CSK)<br><br>**STIPULATED SAMPLING PROTOCOL FOR HOTEL STYLE SHEETS**<br><br>Judge:  Hon. Daniel J. Calabretta<br>Magistrate:  Hon. Chi Soo Kim |

**A.   Scope of Protocol**

1. This sampling protocol applies to both *Thomas v. Walmart Inc.*, Case No. 1:23-cv-05315 (N.D. Ill.), and *Faison v. Walmart Inc.*, Case No. 2:24-cv-01024 (E.D. Cal.).

2. Plaintiffs will provide every Hotel Style Sheet in their possession, custody, or control, including but not limited to any such sheets that are the subject of one or more of their expert reports.  For the avoidance of doubt, this includes the sheets referenced in the *Thomas* Amended Complaint ¶¶ 7, 11–13, 39, 48, 54–56 (ECF No. 24) and in the *Faison* Complaint ¶¶ 7, 11, 37, 46, 52 (ECF No. 1).

3. Walmart will provide every Hotel Style Sheet that is the subject of one or more of its expert reports.

B. **Procedure for Exchanging Sheets and Obtaining Samples**

4. For every Hotel Style Sheet subject to this protocol ("Sheets"), the producing party will send the receiving party every sheet or pillowcase in the Sheet's set that is in the party's possession, custody, or control.

5. For Sheets purchased by named Plaintiffs, Plaintiffs will identify which Plaintiff purchased the Sheet.

6. For Sheets tested by an expert, the producing party will identify which expert(s) tested the Sheet.

7. The producing party will send the receiving party, along with each Sheet that is being produced, all packaging and labeling for the Sheet's set that are in the party's possession.

8. The producing party will assign and affix to each individual Sheet a number and prepare a log ("Log") that contains the information about each Sheet, as reflected in the below exemplar:

| Sheet No. | Product | Size | Product Type | Origin |
|---|---|---|---|---|
| 1. | Hotel Style 800 Thread Count Sheet Set | Full | Pillow | Arnesia Thomas |
| 2. | Hotel Style 800 Thread Count Sheet Set | Queen | Flat Sheet | Vernita Faison |
| 3. | Hotel Style 800 Thread Count Sheet Set | King | Fitted Sheet | John Smith (expert) |

The Log should be affixed with appropriate Bates stamps.

9. For each Sheet listed in the Log, to the extent possible, the producing party will take photographs of the product's bar code, tag, and the product packaging ("Sample Photographs"). Each Sample Photograph should be labeled with the number of its corresponding Sheet.

10. The producing party's counsel shall date and sign the Log and include the following statement attesting as follows:

> **I declare under penalty of perjury that the foregoing is true and correct.**
>
> **Executed on [date].**

11. The producing party will send the Sheets and the Log via overnight mail or courier with signature required to the other party's counsel at the following addresses:

**To Walmart**:

Stephen Rees
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

**To Plaintiffs**:

Tycko & Zavareei LLP
c/o Robert Devling
2000 Pennsylvania Ave., N.W., Suite 1010
Washington, D.C. 20006

12. The receiving party will email the Sample Photographs to opposing counsel with Bates-stamped production numbers.

**C.    Procedure for Obtaining Samples and Returning Sheets**

13. The receiving party will cut and retain no more than a one foot by one foot sample of every Sheet listed in the Log provided by the producing party (the "Samples").

14. The receiving party may conduct any testing whatsoever on the Samples retained by the receiving party.

15. Within seven (7) calendar days of receiving the Samples, the receiving party will dispatch (by overnight mail or courier with signature required, to the address noted in paragraph 11) the Sheets (less any Samples collected from the Sheets) back to the producing party.

**D.    Timing of Disclosures**

16. Plaintiffs will provide all Sheets in their possession, custody, or control within fourteen (14) calendar days of the entry of this stipulation.

17. To the extent they have not already been provided pursuant to paragraph 16, Plaintiffs will dispatch (by overnight mail or courier with signature required, to the address noted in paragraph 11) all Sheets that are the subject of one or more expert reports within three (3) business days of the disclosure of the report.

18. Walmart will similarly dispatch (by overnight mail or courier with signature required, to the address noted in paragraph 11) all Sheets that are subject of one or more expert reports within three (3) business days of the disclosure of such report(s).

Dated: May 20, 2025                    Respectfully Submitted,

By: */s/ Cortlin H. Lannin*             By: */s/ Frank A. Bartela*

Cortlin H. Lannin (Bar No. 266488)      Frank A. Bartela (OH Bar #0088128)
COVINGTON & BURLING LLP                 Nicole T. Fiorelli (OH Bar #0079204)
Salesforce Tower                        DWORKEN & BERNSTEIN CO., LPA
415 Mission Street, Suite 5400          60 South Park Place
San Francisco, CA 94105                 Painesville, OH 44077
Telephone: + 1 (415) 591-7078           Telephone: (440) 352-3391
Facsimile: + 1 (415) 591-6091           fbartela@dworkenlaw.com
Email:  clannin@cov.com                 nfiorelli@dworkenlaw.com

*Attorneys for Defendants Walmart Inc.*  Andrea R. Gold (Bar No. 6282969)
*and Wal-Mart Stores, Inc.*              TYCKO & ZAVAREEI LLP 2000
                                         Pennsylvania Avenue, N.W.
                                         Suite 1010
                                         Washington, D.C. 20006
                                         Telephone: (202) 973-0900
                                         Direct: (415) 591-7078
                                         agold@tzlegal.com

                                         Annick Persinger (CA Bar No. 272996)
                                         TYCKO & ZAVAREEI LLP
                                         1970 Broadway, Suite 1070
                                         Oakland, CA 94612
                                         Telephone: (510) 254-6808
                                         Facsimile: (202) 973-0950
                                         apersinger@tzlegal.com

                                         *Attorneys for Vernita Faison*

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS TO E.D. CAL. CASE NO. 2:24-CV-01024-DJC-CSK.**

Dated:  May 21, 2025                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE