**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNITA FAISON,<br>    Plaintiff,<br>    v.<br>WALMART INC., et al.,<br>    Defendants. | Case No.:  2:24-cv-01024-DJC-CSK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

On June 24, 2025, Plaintiff's Counsel, filed a Motion to Withdraw as Attorneys of Record.  (ECF No. 48.)  Defendants filed a Statement of Non-Opposition to Plaintiff's Counsel's Motion.  (ECF No. 50.)

Upon review of the Motion, the Court finds counsel has establish good cause to withdraw as Plaintiff's attorney.  Consequently, the Court GRANTS Plaintiff's Counsel's Motion to Withdraw as Attorney of Record.  (ECF No. 48.)

Within thirty (30) days of service of this order, Plaintiff shall retain new counsel, and new counsel shall file a notice of appearance in this case consistent with E.D. Cal. L.R. 182(a).  Failure to do so will result in this action being referred to the assigned

1  Magistrate Judge for all further proceedings, including dispositive and non-
2  dispositive motions and matters.  See E.D. Cal. L.R. 302(c)(21).
3       Outgoing counsel shall serve a copy of this order on Plaintiff Vernita Faison at
4  her last known address forthwith and shall thereafter file with the court a certificate of
5  service attesting to such service.  At such time as service is completed, Counsel's
6  responsibility to represent Plaintiff Faison will be terminated.

   IT IS SO ORDERED.

Dated:   **August 19, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE