1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | VERNITA FAISON,                          Case No. 2:24-cv-01024-DJC-CSK

12 |            Plaintiff,

13 |    v.                                    ORDER FOR JOINT SCHEDULING
                                             REPORT
14 | WALMART INC., et al.,

15 |            Defendants.

16

17      This action has been referred to the undersigned pursuant to the district judge's

18 October 1, 2025 Order and Local Rule 302(c)(21). (ECF No. 56.) Defendants Walmart

19 Inc. and Wal-Mart Stores, Inc. have answered Plaintiff Vernita Faison's Complaint, and

20 there are no other named defendants in the Complaint. (*See* ECF Nos. 1, 32.) Thus, this

21 case is ripe for scheduling.

22      Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS

23 HEREBY ORDERED:

24   1. Within 30 days of this order, the parties shall confer regarding the filing of a Joint

25      Status Report addressing the relevant portions of Local Rule 240(a) to facilitate

26      the entry of a pretrial scheduling order (the "Discovery Conference"). In addition to

27      the requirements of Local Rule 240(a), the parties shall address the following in

28      their Joint Status Report:

1

    a) The parties' estimated length of trial, and whether the case will be tried to a jury or to the bench;

    b) In the proposed schedule presented pursuant to Local Rule 240(a)(11), include proposed dates for the filing of a Joint Mid-Discovery Statement, which should occur at a mid-point during the fact discovery time period; and the final pretrial conference, which should occur three to four weeks before the proposed trial date. The parties' proposed trial date should occur approximately four to five months after the dispositive motion hearing deadline; and

    c) In the proposed schedule for expert disclosures presented pursuant to Local Rule 240(a)(11), include proposed dates for initial expert disclosures and rebuttal expert disclosures.

2. The parties are reminded of the Local Rule 240(b) requirement to submit a proposed discovery plan within fourteen (14) days of the Discovery Conference. Upon submission, the Court will issue a scheduling order on the written briefing. Local Rule 230(g).

3. The parties are directed to Judge Kim's Civil Standing Orders, which are located on the Court's website at www.caed.uscourts.gov (select "Judges," then select Magistrate Judge Chi Soo Kim). The parties should take note of the page limits for civil motions and discovery joint statements. The parties are responsible for knowing and complying with the Court's standing orders.

4. The parties are further reminded of their continuing duty to notify the Court immediately of any settlement or other disposition. *See* Local Rule 160.

Dated:  November 26, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, fais1024.24

2